UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LIBERTY MUTUAL INSURANCE
CORPORATION, as subrogee of
PIOTR and IVONA LASSOTA, ,
         Plaintiff,

v.  CIVIL ACTION NO. 11-10215-MBB

ARRUDA HARDWOOD

and

TOLL BROTHERS, INC.,
         Defendants,

ORDER OF DISMISSAL

AUGUST 1, 2012

BOWLER, U.S.M.J.

The court having been advised by the parties that the above-entitled action has been settled:

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice and without costs.

Upon good cause shown, any party may move to reopen the action within thirty (30) days if settlement is not consummated.

         /s/ Marianne B. Bowler
         MARIANNE B. BOWLER
         United States Magistrate Judge